No. 10–8942. HERNANDEZ-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8948. VALDEZ-CASTRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8950. HINCHLIFFE *v.* OPTION ONE MORTGAGE CORP. C. A. 3d Cir. Certiorari denied.

No. 10–8951. HOLMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8953. GALLOWAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8956. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8959. MARTIN *v.* TANNER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8964. LITTLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8971. TUVALU *v.* WOODFORD ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8976. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8979. SHARMA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8983. BASKERVILLE *v.* SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8984. SMART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8985. REEP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8989. GALLOWAY *v.* ZICKEFOOSE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–8990. FOUNTAIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.